# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISA GRISHMAN,<br><br>　Plaintiff,<br><br>v.<br><br>OLIVER HOTEL, L.L.C., d/b/a EMBASSY SUITES BY HILTON,<br><br>　Defendant. | Case No. 2:22-cv-01730-NR |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Alisa Grishman, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Oliver Hotel, L.L.C. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: February 20, 2024            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ R. Bruce Carlson
　　　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　　　**CARLSON BROWN**
　　　　　　　　　　　　　　　　　　　　222 Broad St.
　　　　　　　　　　　　　　　　　　　　PO Box 242
　　　　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　　　　bcarlson@carlsonbrownlaw.com
　　　　　　　　　　　　　　　　　　　　(724) 730-1753

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*